### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>In re: David Wilson</u>

                                        Case No. 97-mc-24

### O R D E R

David Wilson is prohibited from filing complaints in this court because of his past multiple filings of claims arising out of a claimed forced medication. The "complaint" filed January 11, 2006 is the twentieth such filing on the same issue. The Clerk is directed to refrain from filing the complaint.

**SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: January 18, 2006

cc:   David Wilson, *pro se*