**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

David G. Wilson

    v.                                    Case No. 97-mc-024

United States of America, President, et al.

**O R D E R**

Mr. Wilson's latest filing is facially delusional. The Clerk is ordered to refrain from filing it.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 30, 2007

cc:    David G. Wilson, pro se